# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

_____

MICHAEL GLOVER,

        **Plaintiff,**

        -vs-                                          Case No.    04-C-1209

WARDEN STEVE BECK,
SALLY WESS,
WARDEN JEFFREY P. ENDICOTT,
GUY DUTCHER,
LT. JOHN COUNGDON,
and JOHN DOE,

        **Defendants.**
_____

## DECISION AND ORDER
_____

On April 26, 2005, *pro se* plaintiff Michael Glover was granted leave to proceed *in forma pauperis*. However, in that same order the complaint was dismissed pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b)(1) as lacking any arguable basis in law. On June 16, 2005, the plaintiff filed a letter requesting that the remainder of the filing fee be taken out of his release account.

After due consideration, and in light of the plaintiff's request that prison officials take the $85.67 out of his release account, the warden at Waupun Correctional Institution will be directed to submit to the clerk of court within 21 days of the date of this order, the $85.67

remainder of the filing fee in this action. *See Doty v. Doyle*, 182 F. Supp. 2d 750, 751-52 (E.D. Wis. 2002).

## ORDER

**IT IS THEREFORE ORDERED** that, upon the request of the plaintiff, the warden at Waupun Correctional Institution shall withdraw $85.67 from the plaintiff's release account and forward that sum to the clerk of this court as the remainder of the filing fee in this action. Such payment is to be made within 21 days of the date of this order.

**IT IS FURTHER ORDERED** that copies of this order be sent to the warden at Waupun Correctional Institution and to Corey F. Finkelmeyer, Assistant Attorney General, Wisconsin Department of Justice, P.O. box 7857, Madison, Wisconsin 53707-7857.

Dated at Milwaukee, Wisconsin, this 6th day of July, 2005.

**SO ORDERED,**

s/ Rudolph T. Randa
**HON. RUDOLPH T. RANDA**
**Chief Judge**